IN THE DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 11 AM 11: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**BARRY MCPHERSON**
Plaintiff

Case # 2:03 CV 2006 B/An

v.

**FEDERAL EXPRESS CORP.**
Defendant

### ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND DISPOSITIONAL MOTIONS BY CONSENT

Before the Court on the 10th day of May, 2005 came on to be heard the consent motion of the parties. The Court, having heard said Motion does hereby find that it is well taken and should be sustained. The deadline for Discovery and Dispositional Motions is extended to July 30, 2005.

It is, therefore, ORDERED, that the Motion for Extension of time for Discovery and Dispositional Motions be hereby granted.

_____
JUDGE

DATE: May 10, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02006 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Barry McPherson
5730 Prince Cove
Memphis, TN 38115

Karen W. Tyler
LAW OFFICE OF KAREN TYLER
4466 Elvis Presley Blvd.
Ste. 206-208
Memphis, TN 38116

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable J. Breen
US DISTRICT COURT