IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ MEMPHIS

| | | |
|---|---|---|
| BARRY MCPHERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 03-2006 B |
| | ) | |
| | ) | |
| FEDERAL EXPRESS CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO FILE REPLY

IT IS HEREBY ordered that Defendant is given leave to immediately file its Reply brief on or before September 9, 2005.

IT IS SO ORDERED this __12__ day of September 2005.

_____
UNITED STATES DISTRICT JUDGE

573539

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-12-05_

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02006 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

Karen W. Tyler
LAW OFFICE OF KAREN TYLER
4466 Elvis Presley Blvd.
Ste. 206-208
Memphis, TN 38116

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Barry McPherson
5730 Prince Cove
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT