IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY MCPHERSON,

    Plaintiff,

v.                          No. 03-2006 B

FEDERAL EXPRESS CORPORATION,

    Defendant.

---

## ORDER STRIKING FROM THE RECORD PLAINTIFF'S REBUTTAL BRIEF

---

On July 29, 2005, the Defendant, Federal Express Corporation, moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, to which the Plaintiff, Barry McPherson, responded. As the Local Rules of this district do not provide for the filing of responsive pleadings beyond the initial response, on September 9, 2005, the Defendant sought leave of the Court to file a reply brief, which was granted in an order entered September 12, 2005. Presently before the Court is a "rebuttal" brief filed by the Plaintiff in response to the Defendant's reply. In light of the Plaintiff's failure to obtain the Court's permission to make such a filing, the rebuttal brief, filed September 15, 2005, is hereby STRICKEN from the record.

IT IS SO ORDERED this 22nd day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CV-02006 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Karen W. Tyler
LAW OFFICE OF KAREN TYLER
4466 Elvis Presley Blvd.
Ste. 206-208
Memphis, TN 38116

Barry McPherson
5730 Prince Cove
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT