UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 10 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BARRY MC PHERSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| FEDERAL EXPRESS CORPORATION, | CASE NO: 2:03cv2006-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment And Dismissing Case entered on November 9, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendant, Federal Express Corporation, and against the plaintiff, Barry Mc Pherson.

APPROVED:

_/s/ J. Daniel Breen_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/10/05
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-14-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02006 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Barry McPherson
5730 Prince Cove
Memphis, TN 38115

Karen W. Tyler
LAW OFFICE OF KAREN TYLER
4466 Elvis Presley Blvd.
Ste. 206-208
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT